**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant Ms. Noriega

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARISSA NORIEGA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07mj8861 <br><br> **NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: November 1, 2007          s/ *Michelle Betancourt*
                                 **MICHELLE BETANCOURT**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 michelle_betancourt@fd.org