FILED
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3134-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of cocaine (Felony) |
| CARISSA NORIEGA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 21, 2007, within the Southern District of California, defendant CARISSA NORIEGA, did knowingly and intentionally import approximately 26.13 kilograms (approximately 57.49 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 15, 2007.

KAREN P. HEWITT
United States Attorney

/s/ DAVID D. LESHNER
DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
11/15/07