AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Carissa Noriega | |
| | CASE NUMBER: 07CR3134-W |

I, _Carissa Noriega_, the above named defendant, who is accused of

21 USC 952, 960
Importation of Cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/15/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _Noriega_
Defendant

_Peck_
Counsel for Defendant

Before _____
Judicial Officer