# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

CARISSA NORIEGA,

           Defendant.

CASE NO. 07CR3134-W

FILED
2007 DEC 21  AM 8: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT OF DISMISSAL

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __21 USC 952 AND 960 - IMPORTATION OF COCAINE__

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/20/07

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____