UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 27 AM 9:48
2007 DEC 21 AM 8:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

CARISSA NORIEGA,

               Defendant.

CASE NO. 07CR3134-W

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 21 USC 952 AND 960 - IMPORTATION OF COCAINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/20/07

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ENTERED ON _____
Judgment and Commitment on 12/24/07

United States Marshal
By: _____
USMS Criminal Section