1  **FREDERICK M. CARROLL**
   California State Bar No. 227628
2  424 F Street, Suite A
   San Diego, CA 92101
3  Telephone: 619-702-3251

4

   Attorney for Ms. Noriega
5

6
                    UNITED STATES DISTRICT COURT
7
                    SOUTHERN DISTRICT OF CALIFORNIA
8
                    (**HONORABLE THOMAS J. WHELAN**)
9
   UNITED STATES OF AMERICA,         )    CASE NO.  07CR3134-TJW
10                                   )
            Plaintiff,                )    DATE:       FEBRUARY 4, 2008
11                                   )    TIME:       2:00 p.m.
   v.                                )
12                                   )    NOTICE OF MOTIONS AND
   CARISSA NORIEGA,                  )    MOTIONS:
13                                   )
            Defendant.                )    (1)    COMPEL DISCOVERY;
14                                   )    (2)    FOR LEAVE TO FILE FURTHER
                                     )           MOTIONS
15                                   )    _____
                                     )
16                                   )
                                     )
17                                   )
                                     )
18 
   **TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
19        REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY**:

20
         PLEASE TAKE NOTICE that on February 4, at 2:00 p.m., or as soon thereafter as
21
   counsel may be heard, the defendant, Carissa Noriega, by and through her counsel, Frederick
22
   M. Carroll, will ask this Court to enter an order granting the following motions.
23
                                      **MOTIONS**
24
         The defendant, Carissa Noriega, by and through her attorney, Frederick M. Carroll,
25
   pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all
26
   other applicable statutes, case law and local rules, hereby moves this Court for an order:
27
         1) compelling discovery;
28       2) and, granting leave to file further motions.

1
2      These motions are based upon the instant motions and notice of motions, the attached
3  statement of facts and memorandum of points and authorities, and all other materials that
4  may come to this Court's attention at the time of the hearing on these motion.
5
6                                                Respectfully submitted,
7                                                /s/ *Frederick M. Carroll*
   Dated: January 24, 2008           **Frederick M. Carroll**
8                                                Attorney for Ms. Noriega