# CERTIFICATE OF SERVICE

**U.S. v. Carissa Noriega**
**Case No. 07CR3134-W**

Counsel for Defendant CARISSA NORIEGA hereby certifies that on this date copies of Defendant's Notice of Motion to Compel Discovery; and Leave to File Further Motions was served electronically upon the following attorney:

AUSA, Rebecca Kanter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2008, at San Diego, California.

s/Frederick M. Carroll
Frederick M. Carroll