1  **FREDERICK M. CARROLL**
   California State Bar No. 227628
2  424 F Street Suite A
   San Diego, Ca 92101
3  Telephone (619) 702-3251

4
   Attorneys for Ms. Noriega
5

6

7                       UNITED STATES DISTRICT COURT

8                      SOUTHERN DISTRICT OF CALIFORNIA

9                      **(HONORABLE THOMAS J. WHELAN)**

10

11 | UNITED STATES OF AMERICA,      )   CASE NO.  07CR3134-TJW
                                   )
12 |      Plaintiff,                )   DATE: FEBRUARY 4, 2008
                                   )   TIME:   2:00 p.m.
13 | v.                             )
                                   )   APPLICATION AND ORDER
14 | ARTURO RUIZ-SERVIN,            )   SHORTENING TIME TO FILE
                                   )   DEFENDANTS NOTICE AND MOTIONS
15 |      Defendant.                )
                                   )
16                                 )
                                   )
17 |_____ )

18 TO:   KAREN P. HEWITT; UNITED STATES ATTORNEY, AND
         REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:
19

20      COMES NOW, Frederick M. Carroll, attorney for defendant, CARISSA NORIEGA, who

21 makes application for an order shortening time so that the motions listed above may be heard on

22 February 4, 2008, which date was previously reserved for motions in the above captioned matter.

23 //

24 //

25 //

26 //

27 //

28 //

                                                                              07cr3134

1  The reasons for this application are as follows: Attorney Frederick M. Carroll was ill and out
2  of the office. Thus, being new counsel on the case, counsel did not have sufficient time to review
3  all relevant documents. Consequently, Mr. Carroll respectfully request that this Court grant his
4  motion to shorten time based on his inability to timely file these motions.

5  Respectfully submitted,

7  Date:   1/24/2008            S/Frederick M. Carroll
                                FREDERICK M. CARROLL
8                               Attorney for Defendant,
                                Ms. Noriega