UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 07CR3134-TJW |
| Plaintiff, ) | |
| ) | **ORDER SHORTENING TIME** |
| v. ) | |
| CARISSA NORIEGA, ) | |
| Defendants. ) | |

ORDER

This matter having been brought to the attention of the court and good cause appearing therefore,

IT IS HEREBY ORDERED that time be shortened for the filing of the attached Notice of Motions and Motions, so that the motion hearing may be heard on February 4, 2008 at 2:00 p.m.

DATED: 1/25/08

HON. THOMAS J. WHELAN
United States District Judge